IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | | |
|---|---|---|
| DOROTHY VILLA<br>5919 High Gate Drive<br>Baltimore, MD 21215 | ) | |
| | ) | |
| v. | ) | Case No. CAL 22 · 16214 |
| | ) | |
| LOWE'S HOME CENTERS, LLC<br>1605 CURTIS BRIDGE RD<br>WILKESBORO NC 28697 | ) | |
| | ) | |
| SERVE Resident Agent:<br>CSC-LAWYERS INCORPORATING | ) | |
| SERVICE COMPANY<br>7 ST. PAUL STREET | ) | |
| SUITE 820<br>BALTIMORE MD 21202 | ) | |

## COMPLAINT

Comes now, Plaintiff Dorthy Villa, by and through her attorneys, Natalie Selzer, Seann

Malloy, and Malloy Law Offices, LLC to sue the Lowe's Home Centers, LLC (herein referred to

as "Defendant") and for cause states:

1. Plaintiff is an adult citizen of Baltimore City, Maryland.

2. Defendant is a North Carolina Limited Liability company registered to do business in

    Maryland, regularly doing business in Prince George's County at their stores located at

    16301 Heritage Blvd., Bowie, MD 20716; 8755 Branch Avenue, Clinton, MD 20735;

    7710 Riverdale Road, New Carrollton, MD 20784; and 10440 Campus Way South,

    Upper Marlboro, MD 20774.

3. This case arises out of a slip and fall occurring at 19 Texas Station Court, Lutherville

    Timonium, Baltimore County, Maryland 21093 known as Lowe's Home Centers (herein

    referred to as "Defendant's premises".)

1

EXHIBIT A

4.  At all times herein, Defendant owned, operated, managed, maintained, and otherwise controlled Defendant's premises.

5.  On May 17, 2021, Plaintiff was a business invitee located on Defendant's premises when suddenly, and without warning, Plaintiff tripped on unattended merchandise that was left on the floor.

6.  At all times, Plaintiff exercised due care, and did not contribute to or assume the risk of the injuries she sustained.

7.  Defendant owed a duty to Plaintiff, as a business invitee and resident of premises, to operate and maintain the premises in a safe and responsible manner, so as not to cause a danger to consumers and other persons making legal use of the property, and to exercise reasonable care to warn the individuals on the premises of dangerous conditions that are actually and/or constructively known by the Defendant, but not easily discoverable.

8.  That the Defendant with knowledge, actual and/or constructive, of the dangerous condition of the ground, failed to remedy the unsafe condition, allowing the ground to remain in a dangerous area with a misplaced bag of soil; and failed to warn business invitees, such as the Plaintiff, of the dangerous condition of the premises, including but not limited to failing to post warning signs, markings, cones, restrict access to the dangerous location, provide verbal warnings to indicate there was a danger posed by the condition of the ground on the premises.

9.  That as a direct and proximate result of Defendant's negligence, the Plaintiff, who was at all times exercising due care, suffered severe pain and permanent injuries to her body, great pain and mental anguish, has experienced a loss of employment and wages, has been forced to expend and will continue to expend large sums of money for

2

hospitalization, x-rays, doctors, nurses, medical treatment, medicine for treatment, and other expenses as a result of the aforesaid injuries.

WHEREFORE, the Plaintiff Dorothy Villa, demands judgment against the Defendant LOWE'S HOME CENTERS, LLC, in the excess amount of SEVENTY-FIVE THOUSAND ($75,000.00) dollars for economic and non-economic damages, together with the costs of this action and such other relief as is deemed

Respectfully submitted,

Malloy Law Offices, LLC

Natalie Selzer, Esq.
CPF/AIS #1812120110
7910 Woodmont Ave
Suite 1250
Bethesda, Maryland 20814
(p) (202) 464-0727
(f) (888) 607-8691
NatalieS@Malloy-law.com

Seann P. Malloy, Esq.
CPF/AIS# 060613095
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Seann@malloy-law.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Natalie Selzer, Esq.

3